**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| CASSANDRA MUNOZ, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEO COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 3:25-cv-50125 <br><br> Honorable Iain D. Johnston |

**ORDER GRANTING JOINT MOTION**
**TO STAY ALL DEADLINES PENDING MEDIATION**

Having reviewed the Joint Motion to Stay All Deadlines Pending Mediation submitted by

Plaintiff Cassandra Munoz and Defendant Cleo Communications, Inc. (together, the "Parties"), **IT**

**IS HEREBY ORDERED**:

1.     All deadlines in this matter, including discovery deadlines and the deadline for

Defendant(s) to answer or otherwise respond to Plaintiff's complaint, are hereby stayed up to and

including July 17, 2026.

2.     The Rule 16 Conference currently scheduled for April 7, 2026, is hereby continued

and will be re-set in the event that the Parties do not reach a resolution at the mediation.

3.     The Parties shall file a joint status report on the outcome of the mediation by no

later than June 24, 2026.

**SO ORDERED.**

Date:  March 26, 2026          By:     _____

                                                          Iain D. Johnston
                                                          United States District Judge

1